**SO ORDERED.**



**Dated: July 01, 2010**

ANTHONY H. MASON
Chapter 7 Trustee
1850 N Central Avenue Suite 930
Phoenix, Arizona 85004
(602) 808-7770

_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**
_____

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| CERRONE, ROBERT PAUL<br>CERRONE, JEANNE MICHELLE | Case No.: 2:10-bk-00015-CGC |
| Debtors | **ORDER REOPENING CASE** |

This case having been closed and the Trustee having moved to reopen the case as the Trustee now has assets to be administered.

IT IS **ORDERED** that the above captioned case be reopened. The filing fee due upon reopening of the case shall be paid by the Trustee from the estate. If there are insufficient estate funds to pay the fee at this time, the Trustee shall pay the fee as soon as there are sufficient estate funds.

IT IS **FURTHER ORDERED** that the Trustee be appointed to administer those assets.

DATED AND SIGNED ABOVE.