**TIFFANY & BOSCO**
  P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-24823

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Robert Paul Cerrone and Jeanne Michelle Cerrone<br>   Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br><br>           Movant,<br>   vs.<br><br>Robert Paul Cerrone and Jeanne Michelle Cerrone, Debtors; Anthony H. Mason, Trustee.<br><br>           Respondents | No. 2:10-bk-00015-CGC<br><br>Chapter 7<br><br>ORDER FOR ABANDONMENT<br><br>(Related to Docket #35) |

On this day came on for consideration, Wells Fargo Bank, N.A., its assignees and/or successors in interest ("Movant" herein) Motion for Abandonment pursuant to 11 U.S.C. 554(b). Good cause appearing,

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that all of the Trustee's interest in the following described real property is abandoned:

10529 W. Donald Dr.
Peoria AZ 85383

1 | and legally described as:

Lot 167, of ALTA VISTA ESTATES UNIT 2, according to the Plat of Record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 400 of Maps, Page 24.